# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-1047
Lower Tribunal No. 2021-897MMA

_____

CHRISTINE SCOTT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Hendry County.
Darrell R. Hill, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and BROWNLEE, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Stephania A. Valantasis, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED